IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  09-cr-00100-WYD-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    GABINO FLORES-HERNANDEZ, et al.,

    Defendants.

---

**ORDER GRANTING DEFENDANT GABINO FLORES-HERNANDEZ'S
MOTION TO DISCLOSE COPIES OF TRANSCRIPTS
OF GRAND JURY TESTIMONY AND GRAND JURY EXHIBITS
UNDER SPECIFIC CONDITIONS TO ATTORNEYS FOR DEFENDANTS**

---

    THIS MATTER coming on for consideration upon Defendant Gabino Flores-Hernandez's Motion for Disclosure of Grand Jury Information [Doc. # 133] and the Court having considered the motion and otherwise being duly advised in the premises,

    ORDERS that Defendant's Motion for Disclosure of Grand Jury Information [doc. #133], filed August 13, 2009, is **GRANTED.**  It is

    FURTHER ORDERED that the government is to forthwith provide transcripts of testimony given by witnesses before the grand jury in this case to the defendants pursuant to Rule 6(e)(3)C(i)(I) of the Federal Rules of Criminal Procedure and copies of the grand jury exhibits.  It is

    FURTHER ORDERED that copies of the subject transcripts and exhibits shall not be reproduced and that they shall be retained in the personal custody or office of the

attorney for the defendants.  At the conclusion of this case, the subject transcripts and exhibits shall either be returned to the government by the attorneys for the defendants or they shall be destroyed.

Dated:  November 2, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge